# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 16, 2014

## NO. 03-13-00796-CV

**William Lee Snell, IV, Appellant**

**v.**

**Jasmin Aracily Torres, Armando Torres, Sr., and Maria A. Torres, Appellees**

**APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order in suit to modify parent-child relationship signed by the trial court on September 17, 2013. Having reviewed the record, the Court holds that William Lee Snell, IV has not prosecuted his appeal and has not complied with a notice from the Clerk of this Court, and that the appeal is therefore subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution pursuant to rule 42.3(b), (c) of the Rules of Appellate Procedure. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.